**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Diomedes Nunez–Diaz<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5569<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–31676–SLM | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Diomedes Nunez–Diaz
> aka Diomedes Nunez, aka Diomedes Diaz

12/6/23                                                  **By the court:** Stacey L. Meisel
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-31676-SLM

Diomedes Nunez-Diaz     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3

Date Rcvd: Dec 06, 2023     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Diomedes Nunez-Diaz, 868 Coolidge Street, Plainfield, NJ 07062-2122 |
| 517858833 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517865632 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 06 2023 20:47:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517846291 | + | Email/Text: bankruptcy@cavps.com | Dec 06 2023 20:48:00 | Cavalry SPV 1, LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 517921549 | + | Email/Text: bankruptcy@cavps.com | Dec 06 2023 20:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517846293 | + | EDI: CITICORP | Dec 07 2023 01:38:00 | Citibank NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517931785 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2023 20:47:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 517846292 | | EDI: JPMORGANCHASE | Dec 07 2023 01:38:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 517846295 | + | Email/Text: bankruptcy@matcotools.com | Dec 06 2023 20:48:00 | Matco Tools, 4403 Allen Road, Stow, OH 44224-1096 |
| 519241347 | + | EDI: AISMIDFIRST | Dec 07 2023 01:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519241346 | + | EDI: AISMIDFIRST | Dec 07 2023 01:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW |

Case 18-31676-SLM    Doc 49    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517960691 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 517955182 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517959617 | | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517959365 | + | Email/Text: bankruptcy@pseg.com | Dec 06 2023 20:46:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 520081386 | + | Email/Text: bankruptcy@pseg.com | Dec 06 2023 20:46:00 | PSE&G, Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 517846296 | ^ | MEBN | Dec 06 2023 20:42:31 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517846297 | + | Email/Text: bankruptcy@rubinrothman.com | Dec 06 2023 20:47:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 517846299 | | Email/Text: legalservices12@snaponcredit.com | Dec 06 2023 20:47:00 | Snap-On Credit LLC, 950 Technology Way STE 301, Libertyville, IL 60048 |
| 517846301 | + | EDI: SYNC | Dec 07 2023 01:38:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 517846298 | + | EDI: CITICORP | Dec 07 2023 01:38:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517846300 | + | Email/Text: bankruptcy@sw-credit.com | Dec 06 2023 20:48:00 | Southwest Credit Systems, 4120 International Parkway, #1100, Carrollton, TX 75007-1958 |
| 517850606 | + | EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517846302 | + | EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/Loews, PO Box 965005, Orlando, FL 32896-5005 |
| 517846303 | + | EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517861935 | + | EDI: AIS.COM | Dec 07 2023 01:38:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517846304 | | EDI: TDBANKNORTH.COM | Dec 07 2023 01:38:00 | TD Bank NA, PO Box 84037, Columbus, GA 31908 |
| 517846305 | + | EDI: CITICORP | Dec 07 2023 01:38:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517944188 | + | EDI: AIS.COM | Dec 07 2023 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**   **Bypass Reason**   **Name and Address**
517846294      ##                  Home Point Financial, PO Box 790309, Saint Louis, MO 63179-0309

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

Case 18-31676-SLM    Doc 49    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 33 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2023              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darin D Pinto | on behalf of Debtor Diomedes Nunez-Diaz dpintolaw@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor Home Point Financial Corporation sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7