Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.: 18−31676−SLM
         Chapter: 13
         Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diomedes Nunez−Diaz
   aka Diomedes Nunez, aka Diomedes Diaz
   868 Coolidge Street
   Plainfield, NJ 07062−2122

Social Security No.:
   xxx−xx−5569

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 8, 2024</u>                  <u>Stacey L. Meisel</u>
                                                     Judge, United States Bankruptcy Court